IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COUR:
DENVER, COLORADO

06 - CV - 0 1 3 7 7 -6ᵥᵦ

Civil Action No. _____

'JUL 1 7 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)   _____

ELI C. ANDRADE,

      Plaintiff,

v.

ADAMS COUNTY DETENTION FACILITY, and
COUNTY COMMISIONER [sic],

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion to File Without Payment and Supporting

Financial Affidavit and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983.  The

court has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)   __     is missing required financial information
(5)   __     is missing an original signature by the prisoner

(6)   X    is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
            habeas application
(8)   __   An original and a copy have not been received by the court.
            Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
(10)  __   is not submitted
(11)  X    is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
            original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13th_ day of _July_ , 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06 - CV - 0 1 3 7 7** -ᵦᵣ₿

Eli C. Andrade
Prisoner No. 20605950
Adams County Det. Facility
150 N. 19th Ave., C-342
Brighton, CO 80601

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on___7-17-06___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk